UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GE RENEWABLES US LLC,

     Petitioner,

  -v-

HORNBECK OFFSHORE OPERATORS LLC,

     Respondent.

26-cv-4014 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of petitioner GE Renewables US LLC ("GERE") for a temporary restraining order. See ECF No. 14.

On May 22, 2026, the Court held a hearing on GERE's motion. In open court, respondent Hornbeck Offshore Operators LLC ("Hornbeck") agreed to waive any claim to arbitration of the underlying dispute in this matter, and both parties agreed to proceed before this Court to an adjudication of the merits of that dispute.

Accordingly, Hornbeck is hereby ordered to file its Complaint by June 5, 2026 (marking the case as related to 26-cv-4014), and GERE is hereby ordered to answer the Complaint by June 18, 2026. Following consultations with and between the parties, the Court will, no later than June 12, 2026, enter a Case Management Plan to govern the remainder of this action.

In light of the parties' agreements, GERE's motion for a temporary restraining order is hereby denied as moot. Hornbeck is directed to promptly provide a copy of this Order to the International Court of Arbitration and to inform that body that no further arbitral

1

proceedings with respect to Hornbeck's claim against GERE are required, as the underlying dispute will be resolved, on consent, in this Court.

The Clerk of Court is respectfully directed to terminate the motion at docket entry 14.

SO ORDERED.

Dated:   New York, NY
         May 22, 2026

_____
JED S. RAKOFF, U.S.D.J.